USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SREAM, INC,

               Plaintiff,

-against-

KHAN GIFT SHOP, INC, et. al.,

               Defendants.
-----------------------------------------------------------X

15-CV-2091 (KMW) (DCF)
ORDER

KIMBA M. WOOD, United States District Judge:

On February 23, 2016, Magistrate Judge Freeman issued her Report and Recommendation ("R&R") recommending Plaintiff be awarded statutory damages against Defendant Khan in the amount of $50,000 and statutory damages against Defendant West Force in the amount of $50,000. [Doc. No. 19]. The deadline for objections has passed and no objections have been filed. Absent any objections, the Court reviews the R&R for clear error on the face of the record. *See Adee Motor Cars, LLC v. Amato*, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005) (Robinson, J.).

The Court has reviewed Magistrate Judge Freeman's detailed and carefully reasoned R&R, and finds no clear error. Accordingly, the February 23, 2016 Report and Recommendation is approved and adopted in its entirety. The Clerk of the Court is respectfully directed to close Doc. No. 12.

SO ORDERED.

DATED:    New York, New York
               March 22, 2016

                                                        */s/ Kimba M. Wood*
                                                     KIMBA M. WOOD
                                            United States District Judge